**DRINKER BIDDLE & REATH LLP**
A Delaware Limited Liability Partnership
500 Campus Drive
Florham Park, New Jersey 07932-1047
(973) 549-7000
Attorneys for St. Mary's Hospital, Passaic, N.J.
Debtor and Debtor-in-Possession
Robert K. Malone (RM 1098)
Frank F. Velocci (FV 2185)

**UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In the Matter of: | (Hon. Morris Stern) |
| **ST. MARY'S HOSPITAL, PASSAIC, N.J.** | Chapter 11 |
| Debtor-in-Possession. | Case No. 09-15619 (MS) |

**NOTICE OF AGENDA OF MATTERS
SCHEDULED FOR JULY 14, 2009 AT 1:00 P.M.**

**CONTESTED MATTERS**

1. Application of McCarter & English, LLP, Former Counsel to the Debtor, for Allowance and Payment of Fees and Disbursements Pursuant to Section 503 of the Bankruptcy Code (Entered 6/10/09) *[Docket No. 303]*

    *Responses Received*:

    (A) Limited Objection of Official Committee of Unsecured Creditors (Entered 7/6/09) *[Docket No. 399]*

    *Status*:  The Hearing on the Application is going forward.

FP01/ 6098978.1

## UNCONTESTED MATTERS

1. Motion for Relief of the Automatic Stay by Nicholas Albano III on behalf of Crashell Jackson, *et al.* (Entered 5/11/09) *[Docket No. 224]*

    *Status*: The Motion has been resolved, Consent Order to be submitted.

2. Motion for Relief from the Automatic Stay by Richard Winograd on behalf of Blanca Nelly Robayo (Filed 6/19/09) *[Docket No. 355]*

    *Status*: The Motion has been resolved, Consent Order to be submitted.

3. Application for an Order to Retain, Employ and Compensate Teich Groh as Bankruptcy Conflicts/Special Counsel for the Debtor Pursuant to 11 U.S.C. §327(a) Effective as of March 13, 2009 (Filed 7/1/09) *[Docket No. 378]*

    *Status*: The Hearing on the Application is going forward.

4. Notice of Settlement of Controversy Between Modern Medical, Inc. d/b/a The Center for Wound Healing and the Debtor (Entered 7/2/09) *[Docket No. 379]*

    *Status*: Stipulation and Order Resolving Motion of Modern Medical filed.

5. FINAL HEARING - Application of Patient Care Ombudsman for Entry of an Order Authorizing the Retention and Employment of Neubert, Pepe and Monteith, P.C. as Counsel, *Nunc Pro Tunc* to May 21, 2009 (Entered 5/27/09) *[Docket No. 271]*

    *Status*: The Hearing on the Application is going forward.

## ADJOURNED MATTERS

1. Motion to Assume Certain Pre-Petition Employment and Severance Agreements and Granting Related Relief by the Debtor, Rescheduled from 4/9/09 (Entered 4/9/09) *[Docket No. 54]*

2. Motion for an Order Extending Interim Modifications to Collective Bargaining Agreements Pursuant to Section 1113(e) of the Bankruptcy Code (Entered 7/2/09) *[Docket No. 384]* **ADJOURNED TO 7/17/09 AT 11:30 a.m.**

- 3 -

                              Respectfully submitted,

                              DRINKER BIDDLE & REATH, LLP
                              A Delaware Limited Liability Partnership
                              500 Campus Drive
                              Florham Park, New Jersey 07932-1047
                              Attorneys to St. Mary's Hospital, Passaic,
                               N.J., Debtor and Debtor-in-Possession


                              By: /s/ Frank F. Velocci
                                  Frank F. Velocci

Dated: July 10, 2009
       Florham Park, New Jersey

FP01/ 6098978.1