**DRINKER BIDDLE & REATH LLP**
A Delaware Limited Liability Partnership
500 Campus Drive
Florham Park, New Jersey 07932-1047
(973) 549-7000
Attorneys for St. Mary's Hospital, Passaic, N.J.
Debtor and Debtor-in-Possession
Robert K. Malone (RM 1098)
Frank F. Velocci (FV 2185)

**UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In the Matter of:<br><br>**ST. MARY'S HOSPITAL, PASSAIC, N.J.**<br><br>Debtor-in-Possession. | (Hon. Morris Stern)<br><br>Chapter 11<br><br>Case No. 09-15619 (MS) |

**NOTICE OF EFFECTIVE DATE OF THE FIRST AMENDED PLAN
OF REORGANIZATION OF ST. MARY'S HOSPITAL, PASSAIC,
N.J., UNDER CHAPTER 11 OF THE BANKRUPTCY CODE**

TO:    ALL INTERESTED PARTIES

**PLEASE TAKE NOTICE** that, pursuant to Article XI of the First Amended Plan of Reorganization of St. Mary's Hospital, Passaic, N.J., Under Chapter 11 of the Bankruptcy Code (the "Plan"), **March 1, 2010** shall be and is the Effective Date of the Plan.

Respectfully submitted,

DRINKER BIDDLE & REATH, LLP
A Delaware Limited Liability Partnership
500 Campus Drive
Florham Park, New Jersey 07932-1047
Attorneys to St. Mary's Hospital, Passaic, N.J.
Debtor and Debtor-in-Possession

By: /s/  Robert K. Malone
         Robert K. Malone

Dated: March 8, 2010
         Florham Park, New Jersey

FP01/ 6229718.1