Prepared by:
ERIC R. PERKINS, ESQ.

McElroy, Deutsch, Mulvaney & Carpenter, LLP
40 West Ridgewood Avenue
Ridgewood, New Jersey 07450
Telephone:  (201) 445-6722
Facsimile:  (201) 445-5376
Email:      eperkins@mdmc-law.com
Attorneys for Creditor,
Glacial Energy of New Jersey, Inc.

```
-------------------------x    UNITED STATES BANKRUPTCY COURT
In re:                   :    DISTRICT OF NEW JERSEY
                         :    NEWARK VICINAGE
ST. MARY'S HOSPITAL,     :
PASSAIC, NJ,             :    Chapter 11
                         :
                         :    Case No. 09-15619 (MS)
   Debtor-In-Possession  :
                         :    Judge:  Hon. Morris Stern,
                         :            U.S.B.J.
-------------------------x
```

## NOTICE OF APPEARANCE

**TO:  UNITED STATES BANKRUPTCY COURT**

**PLEASE TAKE NOTICE** that pursuant to Rule 2002 of the Bankruptcy Rules, Creditor, Glacial Energy of New Jersey, Inc., hereby appears in the above-captioned case and requests that all notices given or required to be given and all papers served or required to be served in this case be given to and served upon the following:

>   McElroy, Deutsch, Mulvaney & Carpenter, LLP
>   40 West Ridgewood Avenue
>   Ridgewood, New Jersey 07450
>
>   Attention: Eric R. Perkins, Esq.
>   Phone No.: (201) 445-6722
>   Fax No.:   (201) 445-5376
>   Email:     eperkins@mdmc-law.com

**PLEASE TAKE FURTHER NOTICE** that the foregoing request includes notices and papers referred to in Rule 2002 of the Bankruptcy Rules and also includes, without limitation, any notices of orders, pleadings, motions, applications, complaints, demands, hearings, plans, disclosure statements, requests, petitions, objections, answering or reply papers, memoranda and briefs in support of any of the foregoing and any other documents brought before this Court with respect to these proceedings.

                **McElroy, Deutsch, Mulvaney & Carpenter, LLP**
                Attorneys for Creditor,
                Glacial Energy of New Jersey, Inc.

      By: */s/Eric R. Perkins*
           ERIC R. PERKINS, ESQ.

Dated:  June 22, 2010