**DRINKER BIDDLE & REATH LLP**
A Delaware Limited Liability Partnership
500 Campus Drive
Florham Park, New Jersey 07932-1047
(973) 549-7000
Attorneys for St. Mary's Hospital, Passaic, N.J.
Reorganized Debtor
Robert K. Malone (RM 1098)
Frank F. Velocci (FV 2185)



**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In the Matter of:<br><br>**ST. MARY'S HOSPITAL, PASSAIC, N.J.**<br><br>Debtor. | (Hon. Morris Stern)<br><br>Chapter 11<br><br>Case No. 09-15619 (MS) |

## ORDER EXPUNGING AND DISALLOWING SPECIFIED PROOFS OF CLAIMS

The relief set forth on the following pages, numbered two (2) through three (3), is hereby

**ORDERED:**



FP01/ 6486467.1

| Debtor: | ST. MARY'S HOSPITAL, PASSAIC, N.J. |
| Case No. | 09-15619 (MS) |
| Caption of Order: | ORDER EXPUNGING AND DISALLOWING SPECIFIED PROOFS OF CLAIMS |

**THIS MATTER** having been presented to the Court by St. Mary's Hospital, Passaic, N.J., the reorganized debtor ("St. Mary's", "SMH" or the "Reorganized Debtor"), by and through its attorneys, Drinker Biddle & Reath LLP ("Drinker Biddle"), upon a First Omnibus Motion pursuant to 11 U.S.C. § 502(b) of the Bankruptcy Code and Fed. R. Bankr. P. 3007 for an Order expunging and disallowing specified proofs of claims (the "Motion") filed by each of the claimants on the attached Exhibit A (the "Claimants") against St. Mary's; and good and sufficient notice of the hearing on the Motion having been provided to all parties-in-interest, as evidenced by the Affidavit of Service filed with the Court; and the Court having considered the Motion, the objections or responses thereto, if any, and the arguments of counsel, if any; and upon due deliberation and for good and sufficient cause having been shown, it is hereby

**ORDERED**, as follows:

1.     The specified proofs of claims listed on the attached Exhibit A are hereby expunged and disallowed in their entirety.

2.     The Debtor's objections to the specified proofs of claim listed on attached Exhibit B will be heard on the 9th day of May, 2011, at 10:00 a.m.

3.     The Debtor's objection to Proof of Claim No. 797, filed by Glacial Energy of New Jersey, Inc., will be heard at an evidentiary hearing on the 1st day of June, 2011, at 10:00 a.m.

4.     The Debtor's right to object to any surviving claims, or any other claim, on any ground, is expressly reserved.

| Debtor: | ST. MARY'S HOSPITAL, PASSAIC, N.J. |
| Case No. | 09-15619 (MS) |
| Caption of Order: | ORDER EXPUNGING AND DISALLOWING SPECIFIED PROOFS OF CLAIMS |

5.    The Court shall retain jurisdiction to hear and determine all matters arising

from the implementation of this Order.

## EXHIBIT A – EXPUNGED AND DISALLOWED CLAIMS

| Claim No. | Date Received | Date Filed | Claim Received From | Claimant Address | Status and Amount of Claim | Proposed Allowed Amount | Basis for Objection |
|---|---|---|---|---|---|---|---|
| 678 | | 7/17/2009 | Commerce and Industry Insurance Company, Lexington Insurance Company, National Union Fire Insurance Company of Pittsburgh, PA, and certain other entities related to AIU Holdings, Inc. | Commercial Insurance Bankruptcy Collections Michelle A. Levitt, Authorized Representative 175 Water Street, 18th Floor New York, NY 10038 | Unliquidated | $0.00 | No Supporting Documentation; Books and Records |

FP01/ 6486481.1

**EXHIBIT B – ADJOURNED CLAIMS**

| Claim No. | Date Received | Date Filed | Claim Received From | Claimant Address | Status and Amount of Claim | Proposed Allowed Amount | Basis for Objection |
|---|---|---|---|---|---|---|---|
| 22 | | 6/17/2009 | Abbott Vascular | c/o P. Thompson J23 D345 200 Abbott Pk. Rd. Abbott Park, IL 60064 | Administrative $32,780.00 | $0.00 | Amended (superseded by Claim No. 22-2) |
| 22-2 | | 6/17/2009 | Abbott Vascular | c/o P. Thompson J23 D345 200 Abbott Pk. Rd. Abbott Park, IL 60064 | Administrative $32,780.00 | $0.00 | Amended (superseded by Claim No. 22-3) |
| 22-3 | | 6/17/2009 | Abbott Vascular | c/o P. Thompson J23 D345 200 Abbott Pk. Rd. Abbott Park, IL 60064 | Administrative $32,780.00 | $0.00 | Improperly Classified |
| 77 | | 3/20/09 | Corporate Express Office Products, Inc. | Corporate Express Office Products, Inc. Attn: Bryan Mannlein 555 W. 112th Ave. Northglenn, CO 80234 | Administrative $14,719.30 | $0.00 | Amended (superseded by Claim No. 753) |
| 77 | | 3/20/09 | Corporate Express Office Products, Inc. | Corporate Express Office Products, Inc. Attn: Bryan Mannlein | Unsecured $44,537.53 | $0.00 | Amended (superseded by Claim No. 753) |

FP01/ 6486482.1

| Claim No. | Date Received | Date Filed | Claim Received From | Claimant Address | Status and Amount of Claim | Proposed Allowed Amount | Basis for Objection |
|---|---|---|---|---|---|---|---|
| | | | | 555 W. 112th Ave. Northglenn, CO 80234 | | | |
| 753 | | 8/7/09 | Corporate Express Office Products, Inc. | Corporate Express Office Products, Inc. Attn: Bryan Mannlein 555 W. 112th Ave. Northglenn, CO 80234 | Administrative $14,719.30 | $0.00 | Books and Records; Improperly Classified |
| 273 | | 5/4/2009 | IPR International, LLC | IPR International, LLC 8 Tower Bridge, Suite 800 161 Washington St. Conshocken, PA. 19428 | Priority $94,756.18 | $0.00 | Improperly Classified |
| 643 | | 7/20/2009 | MMS East LLC d/b/a MMS – A Medical Supply Co., LLC | David Evans 13400 Lakefront Drive Earth City, MO 63045 | Administrative $47,378.98 | $0.00 | Books and Records; Improperly Classified |
| 791 | | 1/19/2010 | New Jersey Department of Labor and Workforce Development | New Jersey Department of Labor and Workforce Development, Division of Wage & | Priority $31,000.00 | $0.00 | Improperly Classified |

- 2 -

FP01/ 6486482.1

| Claim No. | Date Received | Date Filed | Claim Received From | Claimant Address | Status and Amount of Claim | Proposed Allowed Amount | Basis for Objection |
|---|---|---|---|---|---|---|---|
| | | | | Hour Compliance, P.O. Box 389, Trenton, NJ 08625-0389 | | | |
| 448 | | 6/17/2009 | State of New Jersey, Division of Employer Accounts | State of New Jersey, Division of Employer Accounts P.O. Box 379 Trenton, NJ 08625-0379 | Priority $26,923.78 | $0.00 | Improperly Classified |
| 449 | | 6/17/2009 | State of New Jersey Division of Employer Accounts | State of New Jersey Division of Employer Accounts P.O. Box 379 Trenton, NJ 08625-0379 | Unsecured $409,735.50 | $0.00 | Improperly Classified |
| 800 | 1/22/2010 | 1/22/2010 | City of Passaic | c/o David A. Yanotchko, Esq. Florio and Kenny, LLP 100 Hudson Street, Hoboken, N.J. 07030 | $0.00 | $0.00 | Administered Pursuant to Plan |
| 747 | | 8/6/2009 | City of Passaic | c/o David A. Yanotchko, Esq. Florio and Kenny, LLP 100 Hudson Street, Hoboken, N.J. 07030 | $7,791.00 | $0.00 | Administered Pursuant to Plan |

- 3 -